UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

SMARTSOUND SOFTWARE, INC.

    Plaintiff,

v.

AVID TECHNOLOGY, INC. and
PINNACLE SYSTEMS, INC.,

    Defendants.

Case No.: 12-cv-223

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455 (a).

Entered this 29th day of March, 2012.

BY THE COURT:

WILLIAM M. CONLEY
District Judge